Case 2:16-cv-00308   Document 19   Filed on 02/02/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 02, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL GARRETT, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:16-CV-308 |
| § | |
| LORIE DAVIS, *et al*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND RECOMMENDATION TO DENY CONSTRUED MOTION FOR ENTRY OF DEFAULT

There is presently pending a recommendation to the District Judge that this case be dismissed because Plaintiff is a three strikes litigant and has lost the privilege of proceeding *in forma pauperis* (D.E. 11). Plaintiff timely filed objections (D.E. 16) and the matter is under consideration by the District Court.

On January 5, 2017, Plaintiff filed a pleading titled "Motion for Judgment" where he requests entry of a declaratory judgment and cites to FED. R. CIV. P. 57 (D.E. 12). Along with that motion he filed a declaration in support of entry of default pursuant to FED. R. CIV. P. 55 (D.E. 13). When read together, it appears that Plaintiff intended to moving for entry of default, and his motion for judgment will be construed as a motion requesting entry of default.

When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend a lawsuit in federal court and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default. FED. R. CIV. P. 55(a). Plaintiff mysteriously claims that Defendants have not "plead or otherwise defended" the

lawsuit. In fact Defendants filed an appearance and a motion to dismiss based on 28 U.S.C. 1915(g). There has been no default.

### Recommendation

Based on the foregoing, it is respectfully recommended that Plaintiff's Motion for Judgment, construed as a motion for entry of default (D.E. 12), be DENIED.

Respectfully submitted this 2nd day of February, 2017.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. Douglass v. United Servs. Auto Ass'n, 79 F.3d 1415 (5th Cir. 1996) (en banc).